# EXHIBIT 1

| Model Number | Description |
|---|---|
| | |
| Assorted medical equipment, furniture, fixtures and related equipment as more fully described below: | |
| 1C2105 | Prolystica 2X Concentrate HP Neutral Detergent 5 Gallon |
| 1C2205 | Prolystica 2X Concentrate HP Automated Enzymatic Cleaner 5 Gallon |
| LCC010 | Verify All Clean Test Indicator Holder |
| LCC012 | Verify All Clean Test Indicator Holder (Qty of 100) |
| NB225 | Temp-A-Sure Temperature Recorder, 50/bag |
| 1C05T6Wr | Prolystica U.C. Lubricant (10L - Case) |
| 1C17T6 | Prolystica U.C. HP Alkaline Detergent (10L - Bucket) |
| 1C16T6 | Prolystica U.C. HP Enzymatic Cleaner (10L - Bucket) |
| 1C2308 | Prolystica 2X Concentrate HP Dye & Fragrance Enzymatic - 4x1 Gallon |
| 1C2005 | Prolystica 2x Concetrate HP Alkaline Detergent - 5 Gallon |
| 1C45AW | Prolystica Restore Descaler & Neutralizing Detergent (4 x 4L Case) |
| 103105 | Hinge-Free (5 Gallon Bucket) |
| PB011 | Vaprox HC Sterilant (3 x 113 ML-Case) RFID |
| LCB045 | Celerity 20 HP Challenge Pack (5 Test Packs & 5 Controls) |
| LCB044 | Celerity 20 HP Bilogical Indicator (25/Box) |
| PCC071 | Verify VH202 Indicator Tape 6 Roll Box |
| PCC075 | Celerity HP Chemical Indicator 200/box |
| 882141 | Vis-U-All Low Temp Tubing 14"x100' 6 Rolls/cs |
| 882091 | Vis-U-All Low Temp Tubing 9"100' 6 Rolls/cs |
| 882061 | Vis-U-All Low Temp Tubing 6"100' 10 Rolls/cs |
| 882031 | Vis-U-All Low Temp Tubing 3"100' 10 Rolls/cs |

| Model Number | Description |
|---|---|
| | |
| 882041 | Vis-U-All Low Temp Tubing 4"100' 10 Rolls/cs |
| EQC009 | Verify Bowie Dick Test Pack (20/box) |
| LCB049 | Celerity 20 STEAM Process for Dynamic Air Removal (25 packs & 5 Controls) |
| PCC067B | Verify Steam Ingegrating Indicator 5cm (4 packs/case) |
| LCB048 | Celerity 20 Steam Biological Indicator (25/box) |
| U1034B | BIN, STORAGE, 4x5 |
| U1034C | BIN STORAGE, 4x7 |
| LDT9152 | Tumbler, Disposable Lids |
| MDSM8487 | Mug 8oz, Disposable Lids |
| MDSB5487 | Plastic Bowl 5oz, Lid |
| U1034D | BIN STORAGE, 5x10 |
| U1034A | BIN, STORAGE, 11x10 |
| F2000 | GARBAGE CANS |
| FG630200CLR | Food Storage Container |
| U1019 | SCISSORS, DISSECTING |
| LW375 | Infant Body Bag |
| MDSHD9487 | Thermal Pellet Dome Cover |
| LW372E | Standard Body Bag |
| 10092606 | Thermal Paper Roll Pack |
| U1015 | SNELLEN CHART |
| T637Q0 | Prolystica Acu Hold System (1 Bottle Bracket Each) |
| U1021 | PLASTIC BINS FOR TRANSPORTING SUPPLIES (14 GALLON) |

| Model Number | Description |
|---|---|
| | |
| U1022 | PLASTIC BINS FOR TRANSPORTING SUPPLIES (35 GALLON) |
| BR258163 | Open Dishwasher Rack |
| U1018 | SCISSORS, SPECIALTY |
| F0300A | GLIDES FOR WORKSTOOL |
| OETR31451 | Pan Dishwasher Rack |
| FR258151 | Flatware Dishwasher Rack |
| M4-100 | Surgical Blade Remover |
| F2010H | TRASH CAN, 10 GALLON, BLACK, NO LID |
| U1029 | McGILL FORCEPS, ADULT |
| U1049 | COPLIN JAR (10 SLIDES) |
| T635Q0 | Prolystica Acu Hold System Rail 38" (1 Each) |
| 1520CWNSH488 | Cafeteria Tray |
| U1047D | BREAKERS, 50ml |
| U1029A | McGILL FORCEPS, PEDIATRIC |
| U1034E | BIN, STORAGE, 11x10, RED |
| L0100A | MICROSCOPE, BINOCULAR, SLIDE FILE SYSTEM |
| U1047A | BREAKERS, 100ml |
| U1033 | RING CUTTER |
| U1054B | GRADUATED CYLINDER, 10ml |
| U1047B | BREAKERS, 250ml |
| L7305C | ERLENMEYER FLASKS, 125ml |
| U1047C | BREAKERS, 500ml |

| Model Number | Description |
|---|---|
| | |
| U1054E | GRADUATED CYLINDER, 25ml |
| L7305 | ERLENMEYER FLASKS, 250ml |
| U1054G | GRADUATED CYLINDER, 50ml |
| U1054A | GRADUATED CYLINDER, 100ml |
| A5075A | DISPENSER, SOAP, FREESTANDING |
| LW193 | Instrument Sterilization Trays Set |
| U1047 | BREAKERS, 1,000ml |
| ASDR-2036 | Dunnage Rack (20'x36"x8") |
| ASDR-2036 | Dunnage Rack |
| F3025 | BULLETIN BOARD |
| L7305A | ERLENMEYER FLASKS, 500ml |
| U1027 | FUNNELS, UTILITY FUNNEL 62ml |
| U1054D | GRADUATED CYLINDER, 250ml |
| LW371E-BK | Heavy Duty Disaster Pouch |
| M3070B | COTTON DUCK BAGS FOR TRIANGULAR HAMPER STAND |
| U1054F | GRADUATED CYLINDER, 500ml |
| U1004A | Manual BP Cuff, Pediatric |
| U1062 | Convex Mirror |
| U1045A | BABY CLOTHES (0-24 MO) |
| L7305D | ERLENMEYER FLASKS, 1,000ml |
| M2055C | ADDITIONAL SHELVES FOR SHELVING UNITS |
| U1054 | GRADUATED CYLINDER, 1,000ml |

| Model Number | Description |
|---|---|
| | |
| A5195A | DISPENSER, TOILET TISSUE, 2-ROLL, SURFACE MNTD |
| ASDR-2048 | Dunnage Rack (20"x48"x8") |
| ASDR-2048 | Dunnage Rack |
| U1055 | ERGONOMIC FORCEP, STANDARD |
| L7305B | ERLENMEYER FLASKS, 2,000ml |
| U1027A | FUNNELS, UTILITY FUNNEL, 270ml |
| U1054C | GRADUATED CYLINDER, 2,000ml |
| U1046 | BIN, ANESTHESIA |
| A5075 | DISPENSER, SOAP, DISPOSABLE |
| U1050 | ERGONOMIC FORCEP, SERRATED |
| U1004 | CUFF B/P, MANUAL |
| MDSCDB9487 | Thermal Pellet Base, Underliner |
| PNP5 | Cleaner 4 Gallon Pack Pot & Pan |
| 302.1E | Chemicap Pump Sink Dispenser Pump |
| M0765A | REGULATOR, VACUUM, CANISTER HOLDER |
| F2010G | TRASH CAN, 23 GALLON, BLACK, NO LID |
| L8580B | STAINER, SLIDE, SLIDE HOLDER, 20 SLIDES |
| 45-TP104N | Sign, Compliance |
| U1031 | STANDARD WALKER |
| U1025 | LARGE BINS (for linen and wrappers) |
| U1034 | BIN, STORAGE |
| A5195 | DISPENSER, TOILET TISSUE, 1-ROLL, SURFACE MNTD |

| Model Number | Description |
|---|---|
| | |
| CH-61200-18-RED-GG | Dining Chair |
| A5080A | DISPENSER, PAPER TOWEL, FREESTANDING |
| U1064 | Scrub Brush Holder |
| CG040B | STORAGE WALL CABINET WITH KEYS |
| A5108 | WASTE DISPOSAL UNIT, SHARPS BRACKET (BD) |
| A5077B | DISPENSER, HAND SANITIZER, HANDS-FREE, W/DRIP TRAY |
| 1971941 | Trash Receptacle, Mobile |
| 1956187 | Trash Receptacle, Indoor |
| U1037 | STAINLESS STEEL KNIF (DISSECTING AND STANDARD) |
| U1070A | BULB, LED 6500, OTOSCOPE |
| C00180 | Cleaner 4 Gallon Pack Neutral PH, Low Foaming |
| A5080 | DISPENSER, PAPER TOWEL, SURFACE MOUNTED, PULL DOWN |
| MDSPLT9148 | Plate 9" Ceramic (24 pieces per case) |
| U1070B | BULB, LED 6000, OTOSCOPE |
| U1061 | Holder, Emesis Bag |
| F0215A | HIGH CHAIR |
| BK-GRD-2 | Rack Dolly |
| H-8369F-RED-GG | Swivel Task Chair |
| U1069 | PEGBOARD, POLY, 24 X 48 |
| A5107A | Dispenser, Glove, Triple Box, Side Load |
| U1070 | BULB, LED 4900, OTOSCOPE |
| XU-NATTB-3030-TR18-GG | Dining Table |

| Model Number | Description |
|---|---|
| | |
| M0875 | NEBULIZER, ULTRASONIC (PORTABLE) |
| F0350B | STEP STOOL, ROUND, CASTERS |
| F2010D | TRASH CAN, RED |
| F2020C | GARBAGE BIN, RED, 32 GALLON |
| F2010E | TRASH CAN, WHITE |
| 1881749 | Cart, Laundry |
| A5210 | BRACKET, TELEVISION, WALL MOUNTED, W/TILT MOUNT, FOR 32" - 70" TVS |
| UC-3019K | Bussing Utility Transport Cart |
| T0600A | SURGE PROTECTOR HOSPITAL GRADE |
| F3050A | WHITE BOARD (for nursing station) |
| F2020E | GARBAGE BIN, 55 GALLON, NO LID |
| M2055P | SHELVING, HEAVY DUTY, 48"W X 78"H X 24"D |
| A5210A | BRACKET, TELEVISION, WALL MOUNTED, WAITING ROOM/STAFF LOUNGE |
| L8580C | STAINER, SLIDE, SLIDE HOLDER, 30 SLIDES |
| R2200A | FOUNTAIN, WATER/COOLER |
| U1030 | RING FORCEPS |
| F2010C | STEP ON WASTE CONTAINER 12 |
| A5077C | HAND SANITIZER, REFILL, PURELL NXT 1000ml (8 REFILLS PER CASE) |
| U1060 | Basket, Head Wall |
| U1035 | VERTICAL STAIN JAR (16 SLIDES) |
| F3200C | SATELLITE CLOCK |
| L8580D | STAINER, SLIDE, SLIDE HOLDER, 48 SLIDES |

| Model Number | Description |
|---|---|
| | |
| R6200D | Refrigerator, U/C 2.6 cuft |
| M8905 | PAIL, UTILITY, CRS, WITH CARRIAGE |
| 652 GAP SS | Chemicap Pump |
| F0300 | WORKSTOOL BIOMED |
| U1051 | NON-SLIP FLOOR MATS |
| VEXS-2448 | Wire Shelving Unit |
| VEXS-2448 | Wire Shelving Unit |
| U1063 | Wagon, Red |
| U1023 | PAPER-FILE ORGANIZER (CUBYY HOLES) |
| A5135 | Mop/Broom Holders, SS |
| 247010029H/1 | 480x240x50 DIN Basket with Handles |
| M0925A | VENTILATOR, ICU, HEATER |
| L9000A | EMBEDDER, TISSUE, ILLUMINATOR |
| L7305E | TEST TUBE RACKS |
| F0350 | STEP STOOL |
| R2200D | FOUNTAIN, WATER, RACK (5 gl. WATER, 50 BTLS CAPACITY) |
| U1007 | WALKER, W/ WHEELS |
| M4801 | COMMODE, BEDSIDE |
| F2020B | GARBAGE BINS 45-50 GALLON, LID, WHEELS |
| F2310A | MAGAZINE/BROCHURE RACK, COMBO |
| M4105D | Stethoscope, Diagnostic |
| A6305 | PATIENT WINDOW CURTAINS |

| Model Number | Description |
|---|---|
| | |
| F0350A | STEP STOOL, PLATFORM |
| U1051A | PADS, WALL HUNG (PSYCH) |
| U1028 | FORMALDEHYDE SPILL KIT |
| F2010F | STEP ON WASTE CONTAINER 23, BLACK |
| M2055J | BLUE VINYL COVER, SHELVING UNIT |
| E0948E | CART, TRANSPORT, STAINLESS STEEL, THREE SHELVES |
| GO-5301B-BY-GG | Executive Swivel Office Chair |
| F0300B | WORKSTOOL PHARMACY (300LB CAP) |
| M0506A | TELEVISION, 40", WAITING ROOM/STAFF LOUNGE |
| M2055N | WIRE SHELVING UNIT 12x36x63H |
| F0795A | TABLE, END, WAITING |
| M4255 | STAND, IV, ADJUSTABLE |
| VEXS-2448 | Wire Shelving Unit |
| A6305A | PATIENT WINDOW CURTAIN, ROOM 145 |
| A6305B | PATIENT WINDOW CURTAIN, ROOM 155 |
| K4665 | OVEN, MICROWAVE, CONSUMER |
| U1024 | NALGENE SAFETY WASTE SYSTEM (4L) |
| A5170 | SHOWER CURATINS, W/SHOWER ROD |
| M7910B | THERMOMETER, ELECTRONIC, w/ ORAL & RECTAL PROBE |
| U1017 | SEROLOGICAL PIPETS |
| F0225A | CHAIR, SIDE/GUEST WITH ARMLESS |
| M2055M | SHELVING, HEAVY DUTY, 77"W x 78"H x 24"D |

| Model Number | Description |
|---|---|
| | |
| U1065 | TRACTION SPLINT, PEDS |
| U1065A | TRACTION SPLINT, ADULT |
| U1053 | FINGER TRAP |
| F0210B | CHAIR, SIDE/GUEST WITH ARMS |
| H4008 | Guest Chair, Fabric |
| U1002 | APRON, LEAD |
| | Instrument Set (contains all items below) |
| F0420 | FILE, LATERAL, TWO DRAWER |
| U1041A | BOUNCER, MAMAROO |
| U1010 | VEIN, FINDER |
| M0925B | VENTILATOR, ICU, NEBULIZER/HEATER |
| F2010B | STEP ON WASTE CONTAINER 23 |
| U1066 | PALLET, PLASTIC, CAPACITY 4000 LBS |
| M0755A | Flowmeter, Oxygen, Low Flow, Dual Head |
| M8925 | STAND, BASSIN, CRS, MOBILE, SINGLE |
| M4705C | WHEELCHAIR, PATIENT, IV POLE, OXYGEN HOLDER & FOOTREST |
| X4390A | LIGHT BOX, IV INSPECTION |
| M4255A | Stand, IV, Adjustable, Pediatric |
| M8830A | TABLE, INSTRUMENT/DRESSING, MOBILE, 2 SHELVES |
| F0205A | CHAIR, FOLDING, RESIN |
| P764335558 | PM Pack, VPRO 60 General |
| M2600 | VACUUM, WET/DRY |

| Model Number | Description |
|---|---|
| | |
| F0115B | RACK TO HOLD POLICY BINDERS |
| P6128AS | Locker |
| F0400A | BEDSIDE TABLE, BEHAVIORAL HEALTH |
| E0948D | CART, WIRE UTILITY, 36x18 800 LB CAPACITY |
| SWA001 | Flex Plate |
| U1068 | SHELF BIN ORGANIZER |
| M2070 | SHELVES (RACKS) |
| BKC-2133S-2H | Bussing Utility Transport Cart |
| F0465C | CLEAR VIEW STORAGE CABINET |
| M0765 | REGULATOR, VACUUM |
| A5108B | Sharps Container, 9 gallon w/Trolley |
| TP-2Tone-3048-GG | Coated Table Top (4 Chairs) |
| A5180C | CURTAIN, CUBICLE, TURNOVER STOCK |
| F0340 | STOOL, SELF ADJUSTING |
| F0340D | STOOL, BACK, NO ARMS, HEIGHT ADJ. |
| M3070 | CLOTHS HAMPER |
| F0115 | BOOK SHELF |
| A5077A | Dispenser, Hand Sanitizer, (AVOGUARD) |
| A5076 | COUGH STATION, FLOOR STANDING |
| F0795C | TABLE, DINING, SQUARE, 36X36 |
| M4280A | SCD KNEE SLEEVE, MEDIUM (QTY 1 = CASE OF (5) SLEEVES) |
| M4280B | SCD KNEE SLEEVE, LARGE (QTY 1 = CASE OF (5) SLEEVES) |

| Model Number | Description |
|---|---|
| | |
| M4280C | SCD KNEE SLEEVE, X-LARGE (QTY 1 = CASE OF (5) SLEEVES) |
| L8580A | STAINER, SLIDE, SLIDES AND BLOCKS |
| F0510 | LAUNDRY CARTS |
| F3050C | WHITE BOARD, GLASS, 24x36 |
| F3050B | WHITE BOARD, GLASS, 24x36, PATIENT ROOMS |
| U1043 | AUTOMATED PIPETS |
| F0275 | CHAIR, DESK |
| F0515A | CLEAN LAUNDRY BASKET, LARGE |
| M4025 | SCALE, ROLL ON, FREESTANDING, 2000 POUND CAPACITY |
| T9000 | COMPRESSOR, AIR |
| F0465D | STORAGE CABINET, DOORS, PLASTIC, LOCKABLE |
| A1030D | LOCKER, TWO TIER, PLASTIC |
| E0639C | WORKTABLE,  MOBILE, 30x16 |
| M0506 | TELEVISION, 32", ATSC +ANDROID, MPEG4, PRO:IDIOM |
| U1059 | PPE HOLDER, DOOR HUNG |
| M8830 | TABLE, INSTRUMENT/DRESSING, MOBILE |
| F0340C | STOOL, BACK, ARMS, HEIGHT ADJ. |
| U1067 | FLUKE 931 TACHOMETER |
| R6200C | Refrigerator, U/C 5.5 cuft |
| F0420A | FILE, MOBILE PEDESTAL, TWO DRAWER |
| U1044 | AUTOPSY SAW, STANDARD |
| IW1074 | Residual Current Device - For IW Pro and PCF |

| Model Number | Description |
|---|---|
| | |
| CG74013 | Set Down Counter for Modular Wall |
| M7435 | LIGHT, OVERBED, TASK |
| L4215 | BLOCK, HEATER |
| U1005 | PERCUSSOR, VIBRATE, RESPIRATORY THERAPY APPLICATION, HAND HELD |
| F0265B | CHAIR, RECLINER (GERI CHAIR) |
| E0975A | CART, PLATFORM TRUCK, PLASTIC, TWO HANDLES |
| M4110 | THERMOMETER, TEMPORAL (EXERGEN SCANNER (WELCH ALLYN) |
| U1036 | VOLUMETRIC PIPETS |
| CPMU213675DDPKG | Storage/Drying Cart |
| M8925A | STAND, BASSIN, CRS, MOBILE, DOUBLE |
| M8825 | TABLE, INSTRUMENT/DRESSING, CRS |
| M8810 | STAND, MAYO |
| TC1418110 | Flatware & Tray Cart |
| M2055K | WIRE SHELVING UNIT 30X18X72, W/ CASTERS AND SHELF LINERS |
| A5180A | TRACK, CUBICLE, SURFACE MOUNTED, WITH CURTAIN |
| F0800A | FOLDING TABLE 30x72 |
| R5135 | Freezer, 1.7cuFT |
| T0120 | WORKBENCH WOOD TOP |
| T-812-LL | Chemical Pump |
| H314.P | 4 Drawer Filing Cabinet |
| F0275C | CHAIR, DESK, BARIATRIC |
| CPMU244875DRPKG | Tray Drying/Storage Rack 84count |

| Model Number | Description |
|---|---|
| | |
| CPMU244875DRPKG | Tray Drying/Storage Rack 84count |
| A1030B | LOCKER, SIX TIER |
| U1002A | Mobile Rack, Lead Apron |
| CPMU244875PDPKG | Drying Storage Rack |
| M7040 | TABLE, OVERBED |
| M2055G | WIRE SHELVING UNIT 36x18x72, W/ CASTERS AND SHELF LINERS |
| F0535D | CART, UTILITY, BIOMED LOCKABLE |
| F0400 | BEDSIDE TABLE |
| FD094 | Protocol Printer |
| E0120B | DESK, DRAWERS, 30 X 48 |
| M4710B | WHEELCHAIR, PATIENT, BARIATRIC, IV POLE, OXYGEN HOLDER & FOOTREST |
| A5180B | TRACK, CUBICLE, SURFACE MOUNTED, WITH CURTAIN (NICU) |
| H105885R | Single Pedastal Desk, 48"x30" |
| F0305A | CHAIR, WAITING |
| P764335557 | PM Pack, VPRO 60 Vacuum |
| F0415 | FILE CABINET |
| BK-GT-100 | Grease Trap 100lb capacity |
| F0465E | STORAGE CABINET, LOCKING, HERMAN MILLER |
| M8826 | TABLE, INSTRUMENT/DRESSING, CRS |
| R7000 | REFRIGERATOR, 14 CUBIC FEET (REFRIGERATOR ONLY) |
| F0465A | LOCKING STORAGE CABINET, SEE THROUGH (48"W X 27"D X 78"H) |
| E0123F | DESK, NO OVERHEAD, 60" LONG |

| Model Number | Description |
|---|---|
| | |
| M8495B | LARYNGOSCOPE SET, WELCH ALLYN |
| FD209 | Auto Docking TC Adapter for Washer |
| BKCDT-60-R-SS | Clean Dishtable |
| FD037 | Installation Kit, Flexible Hose for Utilities |
| M1605B | CHART RACK, MOBILE, 30 BINDERS |
| M7910C | Thermometer, Electronic with Oral and Rectal Probe |
| QVTR5-7230 | Work Table, Stainless Steel Top |
| QVTR5-7230 | Work Table, Stainless Steel Top |
| A1030F | LOCKER, TWO TIER, PLASTIC, SET OF TWO |
| H10573 | Double Pedastal Desk, 60"x30" |
| E0123E | DESK, NO OVERHEAD |
| M2055H | SHELVING UNIT WITH BACK AND SIDES |
| A1030C | LOCKER, TWO TIER, WITH BUILT-IN KEY LOCK (SET OF TWO) |
| F0206A | CHAIR, WAITING, BARIATRIC |
| M7420A | LIGHT, EXAM, MOBILE, GOOSENECK |
| F0265F | CHAIR, RECLINER, GERI BARIATRIC |
| M7815A | CPAP SYSTEM MONITOR, ECG/RESPIRATION, INFANT, ACCESSORIES (Component of M7815) |
| M7410B | Magnifier w/light (Agglutination Viewer) |
| A1080A | MIRROR, FRAMELESS, WALL MOUNTED, BIOSAFE |
| M2015 | CABINET, STORAGE, FLAMMABLE, FREESTANDING |
| RFS18TS | Microwave Oven |
| A5025A | BENCH, LOCKER ROOM, STAINLESS STEEL |

| Model Number | Description |
|---|---|
| | |
| M8769A | ASPIRATOR, RESUSCITATION, PORTABLE W/ BATTERY |
| ECT-700 | Conveyor Toaster |
| 7228-S | Profile 7200-S Series Drawing SU-16643 |
| E0639A | WORKBENCH 96x30, HEIGHT ADJUSTABLE |
| M1803 | WORKSTATION, COMPUTER, WALL MOUNTED, ADJUSTABLE |
| 7228-S | Profile 7200-S Series Drawing SU-16637 |
| 7228-S | Profile 7200-S Series Drawing SU-16490 |
| U1011A | Welch Allyn, Integrated Wall System |
| E0123A | OFFICE DESK |
| L1100 | METER, pH |
| A1030E | LOCKER, TWO TIER, PLASTIC, SET OF THREE |
| R5200A | U/C FREEZER ONLY |
| F2020D | GARBAGE BIN, TILT TRUCK W/COVER |
| 7228-S | Profile 7200-S Series Drawing SU-16638 |
| 7228-S | Profile 7200-S Series Drawing SU-16491 |
| T0600 | WORKBENCH 2 DRAWER |
| L7330A | MIXER |
| M0760 | PROPORTIONER (BLENDER), OXYGEN/AIR |
| E0957D | CART, MEDICATION, MOBILE, SUTURE (HARLOFF) |
| 7228-S | Profile 7200-S Series Drawing SU-16491 (Ped) |
| 7228-S | Profile 7200-S Series Drawing SU-16645 |
| E0957C | CART, MEDICATION, MOBILE, WITH FLIP UP WORK TRAY |

| Model Number | Description |
|---|---|
| | |
| E0123 | DESK |
| BKSDT-60-L-SS-P3-G | Soiled Dishtable |
| M4205A | OTOSCOPE/OPHTHALMOSCOPE, DESK CHARGER SET (WELCH ALLEN) |
| M4105B | STETHOSCOPE, DOPPLER, INFANT (FETAL HEART TONE DOPPLER w/BASE) |
| ATFS-75 | Gas Floor Fryer |
| MDC24191 | Cart, Beverage |
| HDSCTC-36 | Charbroiler, Gas, Countertop |
| 866484 | Rennco Lift Heat Sealer, 120 Volt |
| M7410 | LIGHT, EXAM, ULTRAVIOLET (WOODS) |
| U1013 | I-PAD (NEOFAX)/PARENT INFORMATION) |
| R6200B | Refrigerator, U/C or F/C, OMNICELL COMPATIBLE |
| E0948F | CART, PHLEBOTOMY SUPPLIES |
| F0265C | CHAIR, RECLINER, CASTERS |
| M2605A | PUMP, BREAST, WARMER (MEDELA WATERLESS) |
| M8495C | Laryngoscope, Video ( King Vision) |
| F0510C | CLEAN LINEN DELIVERY CART WITH DOORS |
| M8080 | LIFT, PATIENT, HYDRAULIC, 350 LB, CAP, ADJ U-BASE |
| 7228-S | Profile 7200-S Series Drawing SU-16492 |
| 7228-S | Profile 7200-S Series Drawing SU-16639 |
| M8970B | WARMER, BLOOD (HOTLINE) |
| CE090A | CUPBOARD |
| 4520-S | Flatwall 4500-S Series Drawing SU-16640 |

| Model Number | Description |
|---|---|
| | |
| 4520-S | Flatwall 4500-S Series Drawing SU-16642 |
| MDC1520S20192 | Meal Tray Delivery Cart Double Compartment |
| S36D | Range, 36", 6 Burner |
| L7330 | ROTATOR |
| 4520-S | Flatwall 4500-S Series Drawing SU-16493 |
| 4520-S | Flatwall 4500-S Series Drawing SU-16640 (Ped) |
| A5103 | WASTE DISPOSAL PHARMACEUTICAL (CACTUS SINK) |
| M1410A | Chair, Laboratory, Blood Drawing |
| M8830D | Table, Instrument/Dressing, Mobile, 4dr |
| T-23-HC | Reach-In Refrigerator |
| MDC1520S10D191 | Meal Tray Delivery Cart Single Compartment |
| M0760A | PROPORTIONER (BLENDER), OXYGEN CONCENTRATOR |
| 4520-S | Flatwall 4500-S Series Drawing SU-16493 (Ped) |
| M7905D | OXIMETER, PULSE, W/ADULT & NEONATE PROBE |
| E0957 | CART, MEDICATION, MOBILE, 42"H X 32"W X 22"D |
| M4010A | SCALE, INFANT, 0-35 POUNDS (DIGITAL DIAPER SCALE) |
| E0963 | C-LOCKER, HERMAN MILLER |
| LCB046 | Celerity HP Incubator |
| LCB051 | Celerity Steam Incubator |
| M4275 | PUMP, PCA, LIFECARE |
| S-IBD-96-2-SS-Filter | Door Air Curtain |
| F0375 | SOFA, UPHOLSTERED |

| Model Number | Description |
|---|---|
| | |
| 4520-S | Flatwall 4500-S Series Drawing SU-16641 |
| BKHS-W-1410-PED-P-G | Hand Sink |
| BKHS-W-1410-PED-P-G | Hand Sink |
| BKHS-W-1410-PED-P-G | Hand Sink |
| M1100 | RESUSCITATOR, BAG-MASK, HAND Op, INFANT (BROSLOW PEDIATRIC) |
| SC113-30 | 30" Wide Base Cabinet |
| E0957E | CART, MOBILE, STORAGE, NO LOCK |
| IW1062 | IW PCF Standard Instrusment Tray and 20 Pack Tubing |
| FD199 | Auto Docking Transfer Cart for Standard Chamber Washer |
| SC236-30 | Wall Cabinets 14" Deep |
| STE-5-120 | Hot Food Serving Counter/Table |
| M7818A | MONITOR, TRANSPORT (PORTABLE CARDIAC MONITOR) |
| GDM-49-HC-TSL01 | Refrigerated Merchandiser |
| 20500.0000 | Coffee Maker, 3 Gallon Resevoirs |
| M5000 | Medezine Autopsy Saw System w Vacuum |
| F0270A | IOA ANNINA RICKER GLIDERS |
| M4905A | CHAIR, DIALYSIS |
| T-49-HC | Reach in Refrigerator |
| FD74900 | 3 Level Manifold Rack |
| FD75200 | 5 Level Manifold Rack |
| E0957A | CART, MEDICATION, MOBILE (PHLEBOTOMY CART) |
| 7001R | Reach In Refrigerator 1 Section |

| Model Number | Description |
|---|---|
| | |
| M1110A | RESUSCITATOR, INFANT (NEOPUFF) |
| BKMPT-3072S-L-P-G | Work Table, with Prep Sinks |
| L8275 | OVEN, DRYING, SMALL, W/TIMER (PATHOLOGY) |
| M8080A | Lift, Patient, Hydraulic, 600 Lb. Cap, Adj U-Base |
| M7015 | CRIB w/ MATTRESSES (w/ BRAKES) |
| U1008 | TRACTION/TRAPEZE SYSTEM, 4 POST |
| M2605 | PUMP, BREAST (MEDELLA PUMP ON WHEELS) |
| M1210 | BALANCE, ELECTRONIC, LABORATORY/PHARMACY |
| M8830C | TABLE, STAINLESS STEEL, HEIGHT ADJ. |
| M2650 | SCRUBBER FLOOR |
| M4040C | Scale, Weighing, 300 Pound Capacity (SCALETRONIX) |
| M4265E | Pump, Volumetric, Infusion, Single Line, Plum 360 |
| T-49G-HC_FGD01 | Reach in Refrigerator |
| M7801 | MONITOR, MEDICAL GRADE, (TELEMETRY CENTRAL MONITOR), DUAL MONITOR |
| M7420 | LIGHT, EXAM, MOBILE, GYN |
| F3200D | DURATIME MASTER CLOCK SYSTEM FOR F3200C |
| 600038H | Autopsy Carrier With Rollers |
| E0123D | DESK, WORK AREA, PHARMACY |
| LTGE5ASP113TW01 | Laundry Washer & Dryer |
| U1071 | FLOTATION WORK STATION |
| L4200 | BATH, WATER, SEROLOGY, ELECTRIC (WATER BATH BB (service: frozen plasma)) |
| T-49F-HC | Reach In Freezer |

| Model Number | Description |
|---|---|
| | |
| T-49F-HC | Reach In Freezer |
| Z0010B | SIGNAGE, SINGLE-SIDED WALL MOUNTED LED EMERGENCY SIGN |
| M4116F | MONITOR, VITAL SIGNS (ZOE MEDICAL) |
| Z0010C | SIGNAGE, DOUBLE-SIDED GROUND MOUNTED LED EMERGENCY SIGN |
| CHPL100000 | Mobile Plate and Dish Dispenser |
| E0950 | CART, EMERGENCY, MOBILE, PEDIATRIC |
| E0954 | CART, EMERGENCY, MOBILE, 66"H X 32"W X 22"D |
| CG71006 | Pass Thru Windor Building Wall |
| M4010B | Scale, Infant, 0-35 Pounds w/Cart (ScaleTronix) |
| SC346-30 | 30" Glass Door Tall Storage Cabinets |
| M4835A | Cutter, Cast, w/Vacuum |
| TRCB-36 | Equipment Stand, Refrigerated Base |
| M8217D | Phototherapy Unit, Fiberoptic |
| Z0010E | SIGNAGE, SINGLE-SIDED GROUND MOUNTED LED EMERGENCY SIGN |
| MDSCDC9X1000 | Thermal Pellet Base, Charger |
| BKS6-3-24-14-24TS | Three Compartment Sink |
| M4020B | Scale, Person Weighing, High Capacity, Stand (ScaleTronix) |
| M3005A | INFANT WHEELED BASSINETS w/ DRAWER & CABINET, WOOD |
| AX0640230830000013 | Atlas Transer Carriage 26x37.5x36" (AMSCO 400) |
| SS110 | Wash Station |
| R7300 | REFRIGERATOR/FREEZER, 40 CUBIC FEET |
| M4653D | STRETCHER, CHAIR (STRYKER PROCEDURE CHAIR) |

| Model Number | Description |
|---|---|
| | |
| 540 | Room Divider Screen Partition |
| A1030H | LOCKER, TWO TIER, PLASTIC, SET OF TEN, L-SHAPE CONFIGURATION |
| A1030J | LOCKER, TWO TIER, PLASTIC, SET OF TEN, SINGLE ROW |
| AX067013081 | 26x37.5x36 Atlas Loading Car |
| FD78000 | Anesthesia Accessory |
| S9755 | SUCTION SYSTEM, SURGICAL, MOBILE ROVER UNIT |
| R4650 | ICE MAKER, W/ DISPENSER |
| PREP55 | AMSCO Prep and Pack Table Deluxe Electric |
| L1300 | CENTRIFUGE, SMALL, BLOOD TYPING, VARIABLE SPEED |
| M691E | Portable Scissor Lift, w/Rollers, End Load |
| M4250 | PUMP, SYRINGE, INFUSION (MEDFUSION) |
| R2-CS | Cash Register Stand |
| M5530 | LAMP, SLIT, W/ APPLANATION TONOMETER |
| M7420B | LIGHT, EXAM, MOBILE (F300) |
| M7405B | LIGHT, EXAM, CEILING MOUNTED |
| REC5162DSA | Reliance 5000 SS Endoscope Storage Cabinet, 16 Scopes, HEPA Filter |
| P755718616 | KIT, Auto Flush & Drian B |
| KM-901MAJ | Ice Maker, Cube Style, Hinged Bin, Trough |
| E0645 | PICKING STATION |
| Shipping | Morgue Equipment Shipping |
| E0645D | PICKING STATION , SHELVING |
| FD000055 | Acu-Wash Resevoir for AMSCO 7000HP Washers |

| Model Number | Description |
|---|---|
| | |
| STR1RPT-1G-1G-HC | Pass-Thru Refrigerator |
| M4280 | PUMP, PNEUMATIC STOCKING/CUFF (SCD MACHINE) |
| RCOS-2 | Convection Oven, Gas; Casters, Hose Connection |
| L2550 | INCUBATOR, BACTERIOLOGICAL |
| E0123B | DESK, HI/LO WITH PRIVACY SCREEN |
| E0918A | CABINET, SCOPE STORAGE |
| M7807E | MODULE MULTIGAS (SPACELABS) |
| L1690 | Centrifuge, Serological |
| M2400 | DRYER, CLOTHES, HD, AUTOMATIC, GAS |
| A1030G | LOCKER, TWO TIER, PLASTIC, SET OF FIFTEEN |
| R6010B | REFRIGERATOR, BLOOD BANK, 20 Cu Ft (HELMER) |
| M3110 | CABINET, WARMING, F/S, 2 HEATED COMPARTMENT, ELECT |
| M4654H | STRETCHER, MOBILE (GYN STRETCHER) |
| M8217C | PHOTOTHERAPY UNIT, FIBEROPTIC W/ BILI-LITE PAD (OHMEDA MEDICAL) |
| SE36D-TTT | Range, 36", Thermostatic Griddle |
| E0645C | PICKING STATION SHELVING, L-SHAPED |
| R6070 | REFRIGERATOR/FREEZER, BIOLOGICAL, UPRIGHT (LAB) |
| U1039 | PANIC BUTTON |
| 1000-TH/1 | Slow Cook & Hold Oven |
| L4350C | BILIRUBINOMETER (BILICHEK) |
| E0645B | PICKING STATION , DOUBLE SIDED SHELVING |
| R5100 | FREEZER, BIOLOGICAL, -85, 19-25 CUBIC FEET, UPRIGHT |

| Model Number | Description |
|---|---|
| | |
| M2070C | SHELVING, TOP RACK SYSTEM, METRO, LAB STORAGE |
| A1030K | LOCKER, TRIM (TOPS, BASE, FILLER & END PANELS) |
| R3-CM | Serving Counter, Cold Food |
| E0645A | PICKING STATIONS, PHARMACY |
| 4824ND-2-4FT | Exhaust Hood |
| 1036-8 | Wall Mount Autopsy Station, Sink Right |
| U1038 | CAMERA SYSTEM |
| SP60 | Planetary Mixer |
| E0579G | LAB, BENCHING, HERMAN MILLER, MICROBIOLOGY |
| M7011B | BED, PLATFORM, WITHOUT VISIBLE LEGS, PSYCHIATRIC |
| A1122 | Column, Anesthesia Gas, Ceiling Mounted, Surgery (STRYKER) |
| FD000054 | Acu-Rinse Resevoir for AMSCO 7000HP Washers |
| E0131 | Workstation, Documentation, OR (w/overhead) |
| M7010E | Bed, Electric (STRYKER) |
| R6060 | REFRIGERATOR, BIOLOGICAL, SS, 2 DOOR, 40 Cu Ft |
| M7801C | MONITOR, MEDICAL GRADE 31in (SONY) |
| M4654E | STRETCHER, MOBILE, TRAUMA, ADULT W/ SCALE |
| SINK3097 | AMSCO 33 Reprocessing Sink 97.5" Triple Bay |
| Shipping | Shipping Headwalls |
| R6010 | REFRIGERATOR, LAB, W/ CHART RECORDER, 25cuft |
| U1014 | CABINET, SPECIMAN STORAGE, WET (with bins & locks) |
| R6080 | REFRIGERATOR/FREEZER, BIOLOGICAL, SS, 2 DOOR |

| Model Number | Description |
|---|---|
| | |
| CH08461 | 75KW Generator 316L S/S -480V |
| X2125B | SCANNER, ULTRASOUND, BLADDER SCANNER |
| SRC-10 | Tray Make-Up Conveyor |
| R5-HF | Hot Food Serving Counter/Table |
| CMA-180-VL TALL | Dishwasher, Ventless |
| R5115 | FREEZER, BLOOD, CHEST, DOUBLE COMPARTMENT (HELMER) |
| 00HC8001 | RO/DI Mobile SPD Water Treatment System with Spare Parts |
| S9755B | DOCKING STATION NEPTUNE (STRYKER) |
| M7801B | CENTRAL STATION PHILIPS |
| L2290 | HOOD, LAMINAR FLOW, HORIZONTAL, BENCH TOP, 4FT |
| L8300A | PRINTER, CASSETTE LABEL, LABORATORY |
| M4654C | STRETCHER, MOBILE, TRAUMA (STRYKER PRIME X) |
| E0579B | LAB BENCHING, HERMAN MILLER, ROOM 200 |
| PPI4B-84L-208-1 | Power Wash Sink |
| M2070D | SHELVING, TOP RACK SYSTEM, METRO, LARGE LAB STORAGE |
| M2070B | SHELVING, TOP RACK SYSTEM, METRO, PHARMACY STORAGE |
| M2300 | WASHER, CLOTHES, HEAVY DUTY |
| L2290C | HOOD, LAMINAR FLOW, HORIZONTAL, BENCH TOP, POWDER HOOD, ADJUSTABLE BASE |
| M7820 | MONITOR, FETAL, BEDSIDE/STAND ALONE (ON WHEELED CART) |
| S9755A | SUCTION SYSTEM, SURGICAL, MOBILE (STRYKER ROVER3) |
| F0540A | CART, SCOPE, TRANSPORT |
| S2627C | SCOPE STORAGE CABINET, SERIES 500 |

| Model Number | Description |
|---|---|
| | |
| S2627A | Leak Detector, Scope, Veriscan System |
| L2305 | BSC (CABINET, BIO SAFETY, CLASS II/A, RADIOPHARMACY, F/S, 4FT) |
| 5424ND-2-PSP-F | Exhaust Hood, Fire System, Fans, Controls |
| L1780 | Centrifuge, Cytology |
| 1036-R111 | Eight Body Refrigerator |
| U1012A | GRAM STAIN STATION, PreviColor Gram 12 |
| E0579C | LAB, BENCHING, HERMAN MILLER, MICROBIOLOGY |
| E0579D | LAB, BENCHING, HERMAN MILLER, CYTOLOGY |
| E0579E | LAB, BENCHING, HERMAN MILLER, BLOOD |
| E0579F | LAB, BENCHING, HERMAN MILLER, HEMATOLOGY |
| E0579A | LAB BENCHING, HERMAN MILLER, ROOM 200 |
| M3175B | Electrosurgical Unit, Erbe System |
| M7710 | Electrocardiograph, 12 Lead, Portable (MAC 5500) |
| L8580 | STAINER, SLIDE, AUTOMATIC, HEMATOLOGY (HEMATEK) |
| L0100C | Microscope, Binocular |
| L2337B | BIO-SAETY CABINET, CLASS II, B2, 4ft |
| L1931 | ANALYZER, BLOOD GAS (GEM PREMIER 3500) |
| M7000 | BED, BIRTHING, ELECTRIC (L & D HOSPTIAL BED) |
| M8600 | ENDOSCOPY VIDEO CAPTURE DEVICE (STRYKER) |
| L9000 | EMBEDDER, TISSUE |
| M8495D | LARYNGOSCOPE, GLIDESCOPE CORE |
| L1085 | ANALYZER, COAGULATION, AUTOMATIC (ACL PRO) |

| Model Number | Description |
|---|---|
| | |
| U1012B | Stainer, Gemini AS, Heated |
| M7818 | MONITOR, TRANSPORT (GE TRANSPORT SHUTTLE) |
| Z0010D | SIGNAGE, WAYFINDING/DIRECTIONAL SIGNS |
| L3430A | MICROTOME, ROTARY, TILT, REFRIGERATED (MICROTOME) |
| M7650 | DEFIBRILLATOR/MONITOR, ACUTE CARE |
| M7807D | MONITOR, PHYSIOLOGICAL 4 CHANNEL |
| M0820D | WARMER, INFANT, MOBILE, PANDA |
| Shipping | Shipping Sterilization Equipment |
| X2115 | SCANNER, ULTRASOUND, OBSTETRICAL (HANDHELD) |
| L0100D | Microscope, Binocular, with Digital Camera |
| Q:491273 R9 | Walk In Combo Cooler/Freezer |
| M8510B | OLYMPUS CF-HQ190L COLONOSCOPE |
| M0910 | Ventilator, High Frequency, Infant |
| M8510C | PEDIATRIC COLONOSCOPE(OLYMPUS) |
| M7009A | Bed, Patient, Electric, Bariatric (STRYKER) |
| M7010 | BED, ELECTRIC, ICU (STRYKER) |
| M0810A | INCUBATOR, INFANT, ICU, MOBILE, GIRAFFE OMNIBED CARE CENTER INFANT INCUBATOR W/ ACCESSORIES |
| Z0010A | SIGNAGE, INTERIOR SIGNS |
| Installation | Installation Sterilization Equipment |
| L3430 | MICROTOME, ROTARY, TILT, REFRIGERATED (CRYOSTAT) |
| VP60002401 | V-Pro s2 Sterilizer 120v, 60HZ, CAB SD EN |
| L9720A | Station, Pathology, Gross (MOPEC MAESTRO) |

| Model Number | Description |
|---|---|
| | |
| M0925C | Ventilator, ICU, Adult (SERVO I), W/ Additional Batteries and Air Compressor |
| L8300 | PRINTER, CASSETTE LABEL, LABORATORY, PRINTMATE AS |
| Installation | Kitchen Equipment Installation |
| Shipping | Kitchen Equipment Shipping |
| L2660A | Microbiological Identification System (BACT/ALERT) |
| X2125A | SCANNER, ULTRASOUND |
| M9095 | TABLE, OPERATING, REMOTE CONTROL |
| IWPCF | InnoWave PCF Sonic Irrigator Thermal Disinfection & Robotic Program |
| L2660 | Microbiological Identification System (Walk Away) |
| S2627 | WASHER, FIBER SCOPE (MEDIVATORS REPROCESSOR) |
| X2125 | SCANNER, ULTRASOUND, OBSTETRICAL, (SONOSITE M-TURBO W/ ROLLING BASE) |
| FH18043 | AMSCO 7052 HP, 460-480V, 3Ph, 60Hz, Electric Heated |
| L9020 | TISSUE PROCESSOR, AUTOMATIC, 2 LEVEL (EXCELSIOR AS) |
| SR2122213011 | AMSCO 400 26x37.5x36 Prevacuum Single Hinge Recessed 1 Wall Lh Steam 480V |
| M6050A | Retinal Imaging System, PHOENIX ICON |
| L3582A | Processor, Pap Smear Slide, Automated (ThinPrep 5000) |
| Z0007 | DAS CELLULAR REPEATER SYSTEM |
| M8525 | LASER, SURGICAL |
| Z0005 | ACCESS CARD SYSTEM |
| Z0006 | SYSTEM, CAMERA, SECURITY |
| M9075 | TABLE, OPERATING, FRACTURE, ORTHOPEDIC |
| Z0004A | NURSE CALL SYSTEM, w/PILLOW SPEAKERS, INTEGRATED w/TV'S, SEPARATE MASTER STATIONS |

| Model Number | Description |
|---|---|
| | |
| U2000 | OPERATING ROOM BOOMS |
| LW410 | Scale Pole and Bracket, Short |
| LW415 | Hanging Autopsy Scale, Digital |
| LW390 | Head Rest |
| LW389 | Photo Blue Board |
| LW487 | Organ Rinse Basket |
| LW485 | Evidence Screen |
| OA-144 | Magnetic Instrument Holder |
| OA-110 | Articulating Camera Mount |
| M95-22 | OP SCS 4.5 STR B/B (Operating Scissors 4.5 Straight Blunt Blunt) |
| M95-12 | OP SCS 4.5 STR S/B (Operating Scissors 4.5 Straight Sharp Blunt) |
| M95-16 | OP SCS 5.5 STR S/B (Operating Scissors 5.5 Straight Sharp Blunt) |
| M95-18 | OP SCS 6.5 STR S/B (Operating Scissors 6.5 Straight Sharp Blunt) |
| M95-26 | OP SCS 5.5 STR B/B (Operating Scissors 5.5 Straight Blunt Blunt) |
| M95-32 | OP SCS 4.5 CVD S/S (Operating Sccissors 4.5 Curved Sharp Sharp) |
| M95-38 | OP SCS 6.5 CVD S/S (Operating Scissors 6.5 Curved Sharp Sharp) |
| M95-306 | IRIS SCS 4.5 CVD (Iris Scissors 4.5 Curved) |
| M95-308 | IRIS SCS 4.5 ANGLED (Iris Scissors 4.5 Angled) |
| M927-1392 | LISTON FCPS 7.5 STR (Liston Bone Cutting Forceps Straight) |
| M927-1394 | LISTON FCPS 8.5 STR (Liston Bone Cutting Forceps Straight) |
| M925-358 | RIB SHEARS 9.5 (Rib Shears Plain Curved, Screw Lock) |
| M925-356 | PLAIN BONE SHEARS 9 (Plain Bone Shears 9 Inch) |

| Model Number | Description |
|---|---|
| | |
| M927-3480 | COUNCILMAN CHISEL 6.75 |
| M934-210 | VIRCHOW SKULL BREAKER |
| M934-224 | BONE MALLET 9.25 |
| M934-220 | POST MORTEM HAMMER W/HOOK 8.25 |
| M928-100 | GROOVE DIRECTOR W/PROBE |
| M96-48 | TISSUE FCPS 8 1X2T (Tissue Forceps 1x2 Teeth) |
| M96-8 | DRESSING FCPS 5.5 (General Use Dressing Forceps) |
| M96-10 | DRESSING FCPS 6 (General Use Dressing Forceps) |
| M97-2 | HALSTED MOSQ FCPS 5 STR (Halsted Mosquito Forceps Straight) |
| M97-38 | KELLY FCPS 5.5 CVD (Kelly Forcepts Curved) |