AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 26-11053
Hon. Brandy R. McMillion

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Governor Juan F. Luis Hospital and Medical Center was received by me on *(date)* 04-03-2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kari Santos , who is designated by law to accept service of process on behalf of *(name of organization)* Governor Juan F. Luis Hospital and Medical Center on *(date)* 04-10-2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*: ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 04-13-2026

*Server's signature*

Thomas Williams Jr.- Process Server

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

Nilsa L Soto NP 704-23 10/26/2027

[illegible] L SOTO
Notary Public
St. Croix, U.S. Virgin Islands, U.S. Virgin Islands
NP-704-23
My Commission Expires October 26, 2027