AO 440 (Rev. 06/12) Summons in a Civil Action

# AMENDED Summons and Complaint Return of Service

Case No. 26-11053
Hon. Brandy R. McMillion

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Virgin Islands Government Hospitals and Health Facilities Corporation
was received by me on *(date)* 04-03-2026

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Stephanie- Anne Oriol, who is designated by law to accept service of process on behalf of *(name of organization)* Virgin Islands Government Hospitals and Health Facilities on *(date)* 04-10-2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under penalty of perjury that this information is true.

Date: 04-13-2026

[signature]
*Server's signature*

Marlon Richardson- Process Server
*Printed name and title*

11D Lindberg Bay St. Thomas VI 00802
*Server's address*

Additional information regarding attempted service, etc:

Laura Lee Berry
Notary Public
NP-649-23
My Commission Expires: April 8, 2027
St. Thomas/St. John, U.S. Virgin Islands

[signature] Notary Public