# EXHIBIT

# 1

BWST
LITIGATION &
SUPPLY-CHAIN
SPECIALISTS

BROOKS WILKINS SHARKEY & TURCO PLLC

Steven M. Ribiat
248.971.1718
ribiat@bwst-law.com

May 7, 2026

USPS TRACKING # & CUSTOMER RECEIPT 9114 9012 3080 3731 2779 18
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Virgin Islands Government Hospitals
and Health Facilities Corporation
Attention: Stephanie-Anne Oriol
9048 Sugar Estate
Charlotte Amalie, Virgin Islands 00802

**Re:** ***VFI KR SPE I LLC and Varilease Finance, Inc. v. Virgin Islands Government Hospitals and Health Facilities Corporation and Governor Juan F. Luis Hospital and Medical Center***
**U.S. District Court Eastern District of Michigan Case No: 26-cv-11053**

Dear Ms. Oriol:

I enclose a copy of the Default entered by the Court Clerk in this matter because of your failure to appear, answer, or otherwise defend in this matter. Please know that Plaintiffs intend to seek entry of a default judgment for all amounts requested in the Complaint.

Sincerely,

Steven M. Ribiat

SMR/klb
Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VFI KR SPE I LLC, et al.,

Plaintiff(s),

v.

Case No. 2:26-cv-11053-BRM-APP
Hon. Brandy R. McMillion

Virgin Islands Government Hospitals and Health Facilities Corporation, et al.,

Defendant(s).

---

**CLERK'S ENTRY OF DEFAULT**

Party in Default: Virgin Islands Government Hospitals and Health Facilities Corporation

The default of the party named above for failure to plead or otherwise defend is entered.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ Davon L Allen
Deputy Clerk

Dated: May 6, 2026

BWST
LITIGATION &
SUPPLY-CHAIN
SPECIALISTS

BROOKS WILKINS SHARKEY & TURCO PLLC

Steven M. Ribiat
248.971.1718
ribiat@bwst-law.com

May 7, 2026

USPS TRACKING # & CUSTOMER RECEIPT 9114 9012 3080 3731 2779 25
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Governor Juan F. Luis Hospital and Medical Center
Attention: Kari Santos
4007 Estate Diamond Ruby
Christiansted, Virgin Islands 00821

**Re:** ***VFI KR SPE I LLC and Varilease Finance, Inc. v. Virgin Islands Government Hospitals and Health Facilities Corporation and Governor Juan F. Luis Hospital and Medical Center***
**U.S. District Court, Eastern District of Michigan Case No: 26-cv-11053**

Dear Ms. Santos:

I enclose a copy of the Default entered by the Court Clerk in this matter because of your failure to appear, answer, or otherwise defend in this matter. Please know that Plaintiffs intend to seek entry of a default judgment for all amounts requested in the Complaint.

Sincerely,

Steven M. Ribiat

SMR/klb
Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VFI KR SPE I LLC, et al.,

Plaintiff(s),

v.

Case No. 2:26-cv-11053-BRM-APP
Hon. Brandy R. McMillion

Virgin Islands Government Hospitals and Health Facilities Corporation, et al.,

Defendant(s).

---

## CLERK'S ENTRY OF DEFAULT

Party in Default: Governor Juan F. Luis Hospital and Medical Center

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ Davon L Allen
Deputy Clerk

Dated: May 6, 2026